## EXHIBIT 1 – STIPULATION OF DISMISSAL WITH PREJUDICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| INSOMNIA COOKIES LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO. 3:17-CV-0005-GEC |
| RED-EYE COOKIE COMPANY LLC, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Insomnia Cookies LLC and Defendant Red-Eye Cookie Company LLC, by and through their undersigned attorneys, stipulate and agree that this action is dismissed with prejudice, with each party to bear its own fees and costs incurred in connection with this action.

Respectfully submitted this 22ND day of ~~January~~ MARCH, 2018.

| | |
|---|---|
| /s/ Andrew Baugher | /s/ Stephen M. Faraci |
| Andrew Baugher (VSB # 74663) | Stephen M. Faraci, Sr. (VSB # 42748) |
| LENHART PETTIT PC | Edward T. White (VSB # 46498) |
| 90 North Main Street, Suite 201 | Janet W. Cho (VSB # 74758) |
| P.O. Box 1287 | LECLAIR RYAN, A PROFESSIONAL CORPORATION |
| Harrisonburg, Virginia 22902 | 919 E. Main Street, Twenty-Fourth Floor (23219) |
| Tel: (540) 437-3138 | Post Office Box 2499 |
| Fax: (540) 437-3101 | Richmond, Virginia 23218-2499 |
| asb@lplaw.com | (804) 545-1516 Telephone |
| | (804) 545-2556 Facsimile |
| Scott P. Amy (*admitted pro hac vice*) | stephen.faraci@leclairryan.com |
| Wesley A. Roberts (*admitted pro hac vice*) | edward.white@leclairryan.com |
| THOMAS HORSTEMEYER LLP | janet.cho@leclairryan.com |
| 3200 Windy Hill Road, Suite 1600E | |
| Atlanta, GA 30339 | *Counsel for Defendant Red-Eye Cookie Company LLC* |
| Tel: (770) 933-9500 | |
| Fax: (770) 951-0933 | |
| scott.amy@thomashorstemeyer.com | |
| wesley.roberts@thomashorstemeyer.com | |
| | |
| *Counsel for Plaintiff Insomnia Cookies, LLC* | |